UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

    - v. -                               :

                                      08 Cr.

GLENDA PEREA,                         :
JOHNNY RIVERA,
ELVIS CARELA,                         :
    a/k/a "Omar,"                     :
    a/k/a "M-60,"
                                      :

            Defendants.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**08 CRIM 078**

INDICTMENT

## COUNT ONE

The Grand Jury charges:

1.   In or about October 2006, in the Southern District of New York and elsewhere, GLENDA PEREA, JOHNNY RIVERA, and ELVIS CARELA, a/k/a "Omar," a/k/a "M-60," the defendants, together with others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, PEREA, RIVERA, and CARELA, together with others known and unknown, conspired to commit armed robbery of the proceeds of a business that affected interstate commerce from individuals in an apartment located at 2401 Davidson Avenue, Bronx, New York.

       (Title 18, United States Code, Section 1951.)

COUNT TWO

The Grand Jury further charges:

2.   On or about October 7, 2006, in the Southern District of New York, GLENDA PEREA, JOHNNY RIVERA, and ELVIS CARELA, a/k/a "Omar," a/k/a "M-60," the defendants, and others known and unknown, unlawfully, willfully, and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, PEREA, RIVERA, and CARELA, and others known and unknown, robbed and aided and abetted the armed robbery of the proceeds of a business that affected interstate commerce from certain individuals in an apartment located at 2401 Davidson Avenue, Bronx, New York.

(Title 18, United States Code, Sections 1951 and 2.)

COUNT THREE

The Grand Jury further charges:

3.   On or about October 7, 2006, in the Southern District of New York, GLENDA PEREA, JOHNNY RIVERA, and ELVIS CARELA, a/k/a "Omar," a/k/a "M-60," the defendants, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the robbery charged in Count Two of this Indictment, did use and carry firearms, and, in furtherance of

such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, to wit, at least two semi-automatic pistols, which were brandished during the robbery charged in Count Two.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

GLENDA PEREA,
JOHNNY RIVERA,
ELVIS CARELA,
a/k/a "Omar,"
a/k/a "M-60,"

Defendants.

---

### INDICTMENT

08 Cr.

(18 U.S.C. §§ 2, 924(c), 1951)

---

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
                    Foreperson.