UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA           :
       -against-                   :           ORDER
                                   :
   Elvis Canela                    :         08Cr 78
                                   :         Docket #
------------------------------------x

Harold Baer Jr., DISTRICT JUDGE:
    Judge's Name

THE C.J.A. attorney assigned to this case

   Winston Lee          is hereby ordered substituted and
   Attorney's Name
the representation of the defendant in the above captioned matter

is assigned to  Sam Talkin
                Attorney's Name

                                SO ORDERED.

                                [signature] 5/29/08

                                UNITED STATES DISTRICT JUDGE


Dated:  New York, New York