UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :        **WAIVER OF INDICTMENT**

    - v. -                       :        S1 08 Cr. 78 (HB)

ELVIS CARELA,                     :
    a/k/a "Omar,"
    a/k/a "M-60,"                :

                Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 924(c), and 1951, and Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A); being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                            _____
                            Defendant

                            _____
                            Witness

                            _____
                            Counsel for Defendant

Date:   New York, New York
       August 8, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/8

0202